Lyons Beet Sugar Refining Company, Appellant, v. George B. Jenkins, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The Union Transit Company, Respondent, v. Erie Railroad Company, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.

Jefferson Kluczewitz, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred, except Spring, J., who dissented.

United States Independent Telephone Company, Respondent, v. Century Telephone Construction Company, Appellant, Impleaded with the Rochester Trust and Safe Deposit Company.— Judgment affirmed, with costs. All concurred.

John Sticht, Appellant, v. The Buffalo Cereal Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Spring and Kruse, JJ., who dissented.

Eliza Glover, Respondent, v. United States Health and Accident Insurance Company, Appellant.— Judgment affirmed, with costs. All concurred.

Denis T. O'Reilly, Appellant, v. New York Life Insurance Company, Respondent.— Judgment affirmed, with costs. All concurred.

Henry C. Tiffany, Respondent, v. John J. Ellis, Impleaded, etc., Appellant.— Motion for leave to appeal to Court of Appeals granted, questions for review to be settled before Williams, J., upon two days' notice.

Henry H. Persons and Another, as Receivers, etc., Appellants, v. William H. Gardner and Others, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Avon Springs Sanitarium Company, Respondent, v. J. Francis Kellogg, Appellant.— Motion for reargument granted.